United States Federal Judge

Kevin Mcnulty

50 Walnut St.

Rm 4015

Newark New Jersey 07102

Ref: United States of America v. Charles P. Farris Jr.

    Letter to the Court for Clarification of the Courts order

Your Honor,

I write this letter as a pro-se defendant. I have requested Attorney Brian Biglin to represent me in this and other matters as they may occur with tis courts order regarding me. I am paying the retainer to allow that representation to begin.

As the court will re-call the court gave me a new court order governing my status with tis this court.

In November of 2015 a hearing in this matter created a new order governing my status.

In that hearing I worked for CECTraining, LLC as its General Manager specifically to assist CEC with purchasing the stock of Metropolitan Steel Industry Stock that CEC did not own, form other shareholders. That purchase of the stock would have allowed CEC to sale its newly owned 100% stock of Metropolitan Steel Industries to Robert Simon and he would in turn seek permanent financing for Metropolitan Steel Industries. That financial transaction had been in play for 8 months when the court heard this matter in November of 2015.

The court witness and information regarding my involvement with the Metropolitan Steel Industries and CECTraining LLC. IT was proven in your court that I did not own nor did I control either Metropolitan Steel Industries or CECTraining LLC but I was responsible for several parts of the day to day to work of both entities.

The court, after hearing all the evidence presented by all there parties did make an order against my ability to work while this court's jurisdiction continues over me.

US Probation has the exact order that we all have. Probation as it has in each jurisdiction that I have come into contact with has made up a rule for me to abide by that is not in the spirit nor the

law of the order I am to abide by. Due to this made up rule Probation has decided that I am a non-conformist in that regard.

As the court will remember I was not to have any control over any finances of any company. I was not to have an ability nor world I seek investment form any bank, nor would I seek any loan nor would I seek any loan from any one for any reason for business except the loan transaction that was in play with Robert Simon for the purchase of the current shareholders stock of Metropolitan Steel Industries. Further, the court said the CFO of the company could not report to me. As a closing statement in the order, the court stated in that order, that I could not have authority over banking transactions. I have followed that order.

Probation says that I have deposited checks earned by CECTraining LLC , a company owned by my son into Bank of America, as a client, would pay for services earned, and by the General Manager of CECTraining LLC is a violation of the court's order.

I have deposited some checks earned by CECTraining LLC for services performed by the company. CECTraining LLC has 2 employees. Myself and my son. As General Manager, responsible for sales of services, execution of the contracts that CECTraining LLC will perform, estimate the cost of those services, actually do work of those services for the contract proceeds in those contracts, I have followed the courts order.

Please advise and clarify that for CECTraining LLC that as General Manager of CECTraining LLC that depositing a check from a customer of the CECTraining LLC for monies earned, not a loan nor an investment for the company is not a violation of this court's order.

Further, I asked probation if depositing my payroll check is a banking transaction and they said no it was not. I earned my pay check. Detraining LLC earned its contract proceeds. Why are these different?

Please assist me in this regard so that I am held again to a new standard not imposed by the court in its order.

Charles Farris

FARES
71 CimeRick Lane
Phillipsburg, NJ 08865

United States Federal Judge
Kevin McNulty
Room 4015
50 Walnut St.
Newark, N.J. 07102

07102-359599

DV DANIELS NJ 070
23 AUG 2016 PM 5 L